**Fill in this information to identify the case:**

Debtor name  Bluefly Acquistion, LLC

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known):    19-10207 CSS

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ _____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. HSBC | Business | 0967 | $ _____ |
| 3.2. _____ | _____ | _____ | $ _____ |

4. **Other cash equivalents** (*Identify all*)

   4.1. Paypal - xxxxx6B22    $ 78,243.23
   4.2. _____    $ _____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 78,243.23

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. AMEX    $ 400,000.00
   7.2. World Pay    $ 280,160.04
   7.3 Buchalter    12,500.00


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (if known) | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $ _____

8.2. _____    $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    $    692,660.04

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ =......➔    $ _____
         face amount              doubtful or uncollectible accounts

11b. Over 90 days old:  140,000.00 – _____ =......➔    $    140,000.00
         face amount              doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $    140,000.00*

                                   *disputed amount due from Richard Cohen

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1. _____    _____%    _____    $ _____

15.2. _____    _____%    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                    $ _____

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (if known) | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** Sweaters (Active Whse 12178 Fourth St., Rancho Cucamonga, CA 91730) | MM / DD / YYYY | $ Unknown | | $ Unknown |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $ Unknown |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Bluefly Acquisition, LLC
          Name

Case number (*if known*)  19-10207 CSS

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desks, chairs, conference tables | $ _____ | Invoice (2018) | $ 254,475.00 |
| 40. **Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer equipment and software | $ 3,900,000 | Estimate | $ 10,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 264,475.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **4**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Bluefly Acquisition, LLC
          Name                                      Case number (if known) 19-10207 CSS

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                         $ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* 19-10207 CSS |
|---|---|---|
| | Name | |

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 42 W. 39th Street, NY, NY 10018/office bldg.. | Lease | $ 0.00 | N/A | $ 0.00 |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description<br><br>**SEE ATTACHED EXHIBIT** | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>See attached | $ _____ | _____ | $ Unknown |
| **61. Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ Unknown |
| **64. Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| **65. Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ Unknown

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Bluefly Acquisition, LLC
_____
Name

Case number (if known)  19-10207 CSS

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   −  _____  = ➔   $ _____
                    Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $ _____

_____   Tax year _____   $ _____

_____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____   $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Lender liability action against Clearlake Capital/Total Fashion, Inc.   $ _____

Nature of claim        Attached HSBC Bank Account that included employee payroll _____

Amount requested       $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____

Nature of claim        _____

Amount requested       $ _____

76. **Trusts, equitable or future interests in property**

_____   $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $ _____

_____   $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 7

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Bluefly Acquisition, LLC
        _____
        Name

Case number (*if known*)  19-10207 CSS

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 78,243.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 692,660.04 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 140,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 264,475.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ _____ | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................➔ | | $ _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ _____ | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 1,175,378.27 | 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...................................................... | | $ 1,175,378.27 |

---

American LegalNet, Inc.
www.FormsWorkFlow.com

**BLUEFLY ACQUISITION LLC**
**PROPERTY, PLANT AND EQUIPMENT (PP&E)**

| August 31, 2018 |
|---|

| | | Per Schedules (tabs) | Per GL | |
| | | August 31, 2018 | August 31, 2018 | |
| Account: | Account Name | Balance | Balance | DIFFERENCE |
|---|---|---|---|---|
| 18005-10-00 | 9TH FLOOR CONSTRUCTION | $ 886,947.60 | 759,827.68 | 127,119.92 |
| 18006-10-00 | A/D - 9TH FLOOR CONSTR. | (39,206.82) | (7,035.44) | (32,171.38) |
| 18012-42-00 | OFFICE BUILDOUT:POP UP SHOP | 66,675.86 | 66,675.86 | 0.00 |
| 18013-42-00 | A/D - POP UP SHOP | (66,675.86) | (66,675.87) | 0.01 |
| 18030-10-00 | OFFICE EQUIPMENT | 286,822.83 | 279,283.13 | 7,539.70 |
| 18031-10-00 | A/D - OFFICE EQUIPMENT | (42,794.63) | (10,925.46) | (31,869.17) |
| 18040-10-00 | COMPUTER EQUIPMENT | 113,714.32 | 113,714.32 | 0.00 |
| 18041-10-00 | A/D - COMPUTER EQUIPMENT | (64,384.93) | (51,750.04) | (12,634.89) |
| 18050-10-00 | SOFTWARE | 3,972,886.17 | 3,804,936.07 | 167,950.10 |
| 18050-11-00 | SOFTWARE ACQ EXCL | (3,644,712.23) | (1,649,030.98) | (1,995,681.25) |
| 18070-10-00 | MOZU Project | 277,416.08 | 252,225.97 | 25,190.11 |
| 18071-10-00 | ACCUM DEPR MOZU Project | (136,962.99) | (62,103.06) | (74,859.93) |
| TOTAL: | | $ 1,609,725.40 | $ 3,429,142.18 | $ (1,819,416.78) |
| | TOTAL AT COST | 5,604,462.86 | 5,276,663.03 | 327,799.83 |
| | LESS: ACCUM DEPRECIATION | (3,994,737.46) | (1,847,520.85) | (2,147,216.61) |
| | NET BOOK VALUE | 1,609,725.40 | 3,429,142.18 | (1,819,416.78) |

| Wednesday, January 30, 2019 | Trademark List by Trademark | Page 1 of 23 |

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration  Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BELLE AND CLIVE | B5544-7005<br>Canada | <br>ORD | 156930200<br>19-Mar-2012 | | TMA899820<br>27-Mar-2015 | Registered<br>27-Mar-2030 |

**Owner:** Bluefly Acquisition, LLC          **Attorneys:** JKR

**Client:** Bluefly Holdings, Inc.          **Client Ref:**

**Agent:** Field Law          **Agent Ref:**

**Classes:** 00 Int.

**Images/Links:**

**Goods:** 00 Int.    On-line retail store services featuring apparel, home furnishings and accessories, namely clothing, shoe and hair accessories, jewelry and fashion accessories, men's accessories, decorative home accessories, desk and office accessories, accessories for sports and swimming, cosmetics accessories, food-service accessories

Case 19-10207-JTD    Doc 12    Filed 02/15/19    Page 11 of 99

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BELLE AND CLIVE | B5544-7003<br>European Union (Community) | ORD | 010716967<br>12-Mar-2012 | | 010716967<br>01-Oct-2012 | Registered<br>12-Mar-2022 |

**Owner:** Bluefly Acquisition, LLC        **Attorneys:** JKR, LL

**Client:** Bluefly Holdings, Inc.        **Client Ref:**

**Agent:** Boult Wade Tennant        **Agent Ref:**

**Classes:** 35 Int.

**Images/Links:**

**Goods:** 35 Int.    On-line retail store services featuring apparel, home furnishings and accessories, namely clothing, shoe and hair accessories, jewelry and fashion accessories, men's accessories, decorative home accessories, desk and office accessories, accessories for sports and swimming, cosmetics accessories, food-service accessories

| Trademark | Case Number Country | SubCase Case Type | Application Number Filing Date | Publication Number Publication Date | Registration Number Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|
| BELLE AND CLIVE | B5544-5005 United States of America | ORD | 85429665 22-Sep-2011 | 17-Apr-2012 | 4199995 28-Aug-2012 | Registered 28-Aug-2022 |

**Owner:** Bluefly Acquisition, LLC      **Attorneys:** JKR

**Client:** Bluefly Holdings, Inc.      **Client Ref:**

**Agent:**      **Agent Ref:**

**Classes:** 35 Int.

**Images/Links:**

BELLE AND CLIVE

B5544 BELLE AND CLIVE

**Goods:** 35 Int.      On-line retail store services featuring apparel, accessories, and home furnishings

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BF (Stylized and design) | B5544-5002<br>United States of America | ORD | 86252323<br>15-Apr-2014 | 02-Sep-2014 | 18-Nov-2014 | Registered<br>18-Nov-2024 |

**Owner:** Bluefly Acquisition, LLC

**Client:** Bluefly Holdings, Inc.

**Agent:**

**Classes:** 35 Int.

**Attorneys:** JKR

**Client Ref:**

**Agent Ref:**

**Images/Links:**



B5544 BF (Stylized and design)

**Goods:** 35 Int.  On-line retail store services featuring apparel, footwear, hats, gloves, scarves, watches, jewelry, handbags, wallets, cosmetic and beauty products, and home furnishings

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BLUE FLY BF (Stylized and design) | B5544-5003<br>United States of America | ORD | 86252320<br>15-Apr-2014 | 03-Mar-2015 | 4737779<br>19-May-2015 | Registered<br>19-May-2025 |

**Owner:** Bluefly Acquisition, LLC  **Attorneys:** JKR

**Client:** Bluefly Holdings, Inc.  **Client Ref:**

**Agent:**  **Agent Ref:**

**Classes:** 35 Int.

**Images/Links:**



B5544 BLUE FLY BF (Stylized and design)

**Goods:** 35 Int.    On-line retail store services featuring apparel, footwear, hats, gloves, scarves, watches, jewelry, handbags, wallets, cosmetic and beauty products, and home furnishings

Case 19-10207-JTD    Doc 12    Filed 02/15/19    Page 15 of 99

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BLUEFLASH | B5544-5011<br>United States of America | PRI | 87588908<br>29-Aug-2017 | 09-Jan-2018 | | Published |

**Owner:** Bluefly Acquisition, LLC  
**Client:** Bluefly Holdings, Inc.  
**Agent:**  
**Classes:** 35 Int.  

**Attorneys:** JKR  
**Client Ref:**  
**Agent Ref:**  

**Images/Links:**  
**Goods:** 35 Int.    On-line retail store services featuring a wide variety of consumer goods of others

Case 19-10207-JTD    Doc 12    Filed 02/15/19    Page 16 of 99

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BLUEFLY | B5544-7002<br>Canada | ORD | 110908900<br>11-Jul-2001 | | TMA630657<br>20-Jan-2005 | Registered<br>20-Jan-2020 |

**Owner:** Bluefly Acquisition, LLC  
**Client:** Bluefly Holdings, Inc.  
**Agent:** Field Law  
**Classes:** 00 Int.  

**Attorneys:** JKR  
**Client Ref:**  
**Agent Ref:**  

**Images/Links:**  
**Goods:** 00 Int.    Computerized on-line retail services featuring apparel, accessories, and home furnishings

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BLUEFLY | B5544-7004<br>European Union (Community) | ORD | 001796218<br>08-Aug-2000 | | 001796218<br>04-Apr-2005 | Registered<br>08-Aug-2020 |

|  |  |  |  |
|---|---|---|---|
| **Owner:** Bluefly Acquisition, LLC | | **Attorneys:** JKR, LL | |
| **Client:** Bluefly Holdings, Inc. | | **Client Ref:** | |
| **Agent:** Boult Wade Tennant | | **Agent Ref:** | |
| **Classes:** 25 Int., 35 Int., 38 Int., 39 Int., 42 Int. | | | |

**Images/Links:**

**Goods:**

| | |
|---|---|
| 25 Int. | Clothing, footwear and headgear except for clothing and headgear for use in diving sporting activities |
| 35 Int. | Advertising and promotion services, catalog services featuring clothing displayed by a global computer networks; the bringing together for the benefit of others, a variety of goods, enabling convenient viewing of those goods, related Internet on-line services |
| 38 Int. | Related Internet on line services |
| 39 Int. | Transport, delivery, distribution of goods |
| 42 Int. | Compilation of web pages on the Internet |

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration  Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BLUEFLY | B5544-7006<br>India | <br>ORD | 1697867<br>11-Jun-2008 | | 1697867<br>11-Jun-2008 | Registered<br>11-Jun-2028 |

|  |  |  |  |
|---|---|---|---|
| **Owner:** | Bluefly, Inc. | **Attorneys:** | JKR |
| **Client:** | Bluefly Holdings, Inc. | **Client Ref:** | |
| **Agent:** | Zeusip Advocates LLP | **Agent Ref:** | |
| **Classes:** | 35 Int. | | |
| **Images/Links:** | | | |
| **Goods:** | 35 Int. | On-line retail store services. | |

| Trademark | Case Number Country | SubCase Case Type | Application Number Filing Date | Publication Number Publication Date | Registration Number Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|
| BLUEFLY | B5544-7009 Indonesia | ORD | R002011001236 02-Feb-2011 | | | Pending |

**Owner:** Bluefly, Inc.  
**Client:** Bluefly Holdings, Inc.  
**Agent:**  
**Classes:** 25 Int.

**Attorneys:** JKR  
**Client Ref:**  
**Agent Ref:**

**Images/Links:**  
**Goods:** 25 Int.　Men's and women's clothing, sportswear and active wear, namely, pants, shirts, T-shirts, sweaters, jackets, wind resistant jackets, warm-up suits, sweat pants, sweatshirts, hats, socks, underwear and ties.

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration  Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BLUEFLY | B5544-7010<br>Indonesia | ORD | R002011001237<br>02-Feb-2011 | | IDM000451885<br>29-Jan-2015 | Registered<br>02-Feb-2021 |

**Owner:** Bluefly, Inc.

**Client:** Bluefly Holdings, Inc.

**Agent:**

**Classes:** 35 Int.

**Attorneys:** JKR

**Client Ref:**

**Agent Ref:**

**Images/Links:**

**Goods:** 35 Int.    Mail order catalog services, retail store services and computerized on-line retail services, featuring apparel, accessories, and home furnishings.

| Trademark | Case Number Country | SubCase Case Type | Application Number Filing Date | Publication Number Publication Date | Registration Number Registration  Date | Status Next Renewal |
|---|---|---|---|---|---|---|
| BLUEFLY | B5544-7007 | | 1066228 | | 4310588 | Registered |
| | Japan | ORD | 05-Aug-1998 | | 27-Aug-1999 | 27-Aug-2019 |

**Owner:** Bluefly, Inc.      **Attorneys:** JKR

**Client:** Bluefly Holdings, Inc.      **Client Ref:**

**Agent:**      **Agent Ref:**

**Classes:** 25 Int., 35 Int.

**Images/Links:**

**Goods:** 25 Int.    Clothing and all other goods in this class.

35 Int.    Consulting/information services for assisting in the selection and purchase of apparel, accessories and home furnishings.

**Trademark List by Trademark**

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration  Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BLUEFLY | B5544-7011<br>Korea, Republic of | ORD | 412005000002008<br>27-Jan-2005 | | 125952<br>06-Jan-2006 | Registered<br>06-Jan-2026 |

|  |  |  |  |
|---|---|---|---|
| **Owner:** | Bluefly, Inc. | **Attorneys:** | JKR |
| **Client:** | Bluefly Holdings, Inc. | **Client Ref:** | |
| **Agent:** | | **Agent Ref:** | |
| **Classes:** | 35 Int. | | |

**Images/Links:**

**Goods:** 35 Int.  Computerized on-line sales arrangements, featuring apparel, accessories, and home furnishings; sales agencies, featuring apparel, accessories, and home furnishings.

**Trademark List by Trademark**

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BLUEFLY | B5544-7008<br>Thailand | <br>ORD | 574781<br>03-Dec-2004 | <br>09-Oct-2006 | SM33056<br>29-Mar-2007 | Registered<br>03-Dec-2014 |

**Owner:** Bluefly, Inc.      **Attorneys:** JKR

**Client:** Bluefly Holdings, Inc.      **Client Ref:**

**Agent:**      **Agent Ref:**

**Classes:** 35 Int.

**Images/Links:**

**Goods:** 35 Int.      Online Retail Business Management (Electronic commerce) for clothing services. Online Retail Management (Electronic commerce) for jewelry items. Business Management Online retail (E-commerce) for home furnishings.
Retail Business Management For clothing Business Services for Retailers accessories Management Services Retail Business for Home Furnishings Collection of various products for customers to choose. And purchase goods easily.

**GOOGLE TRANSLATION USED**

**Trademark List by Trademark**

| Trademark | Case Number Country | SubCase Case Type | Application Number Filing Date | Publication Number Publication Date | Registration Number Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|
| BLUEFLY | B5544-5007 United States of America | ORD | 75499951 10-Jun-1998 | 01-Jun-1999 | 2769397 30-Sep-2003 | Registered 30-Sep-2023 |

**Owner:** Bluefly Acquisition, LLC   **Attorneys:** JKR

**Client:** Bluefly Holdings, Inc.   **Client Ref:**

**Agent:**   **Agent Ref:**

**Classes:** 35 Int.

**Images/Links:**

**Goods:** 35 Int.        Mail order catalog services featuring apparel, accessories, and home furnishings

Case 19-10207-JTD    Doc 12    Filed 02/15/19    Page 25 of 99

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| BLUEFLY | B5544-5009<br>United States of America | ORD | 75981821<br>10-Jun-1998 | 01-Jun-1999 | 2579760<br>11-Jun-2002 | Registered<br>11-Jun-2022 |

|  |  |  |  |
|---|---|---|---|
| **Owner:** | Bluefly Acquisition, LLC | **Attorneys:** | JKR, LL |
| **Client:** | Bluefly Holdings, Inc. | **Client Ref:** | |
| **Agent:** | | **Agent Ref:** | |
| **Classes:** | 35 Int. | | |

**Images/Links:**

**Goods:** 35 Int.    Computerized on-line retail services, featuring apparel, accessories, and home furnishings

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| COLETTE NICOLAI | B5544-5006<br>United States of America | ORD | 85438060<br>03-Oct-2011 | 27-Mar-2012 | 4219316<br>02-Oct-2012 | Registered<br>02-Oct-2022 |

**Owner:** Bluefly Acquisition, LLC                                                       **Attorneys:** JKR

**Client:** Bluefly Holdings, Inc.                                                         **Client Ref:**

**Agent:**                                                                       **Agent Ref:**

**Classes:** 14 Int.

**Images/Links:**



B5544 COLETTE NICOLAI

**Goods:** 14 Int.              Diamonds and jewelry

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| FLY AND MIGHTY | B5544-5004<br>United States of America | ORD | 85427960<br>21-Sep-2011 | 28-Feb-2012 | 4223135<br>09-Oct-2012 | Registered<br>09-Oct-2022 |

**Owner:** Bluefly Acquisition, LLC            **Attorneys:** JKR

**Client:** Bluefly Holdings, Inc.            **Client Ref:**

**Agent:**            **Agent Ref:**

**Classes:** 41 Int.

**Images/Links:**

FLY AND MIGHTY

B5544 FLY AND MIGHTY

**Goods:** 41 Int.        Online blog in the field of fashion and accessories

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| FLYPAPER | B5544-5008<br>United States of America | ORD | 75942461<br>13-Mar-2000 | 14-Nov-2000 | 2427015<br>06-Feb-2001 | Registered<br>06-Feb-2021 |

**Owner:** Bluefly Acquisition, LLC        **Attorneys:** JKR, LL

**Client:** Bluefly Holdings, Inc.        **Client Ref:**

**Agent:**        **Agent Ref:**

**Classes:** 35 Int.

**Images/Links:**



FLYPAPER

B5544 FLYPAPER

**Goods:** 35 Int.     Computerized on-line retail services featuring apparel, accessories, cosmetics, jewelry, leather goods, housewares, sporting goods and home furnishings

| Wednesday, January 30, 2019 | | **Trademark List by Trademark** | | | | | Page 20 of 23 |

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration  Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| Foreign General Trademark Matters | B5544-7001 | | | | | OPEN |
| | General Matter | GEN | | | | |

|  |  |  |  |
|---|---|---|---|
| **Owner:** | | **Attorneys:** JKR, LL |
| **Client:** Bluefly Holdings, Inc. | | **Client Ref:** |
| **Agent:** | | **Agent Ref:** |
| **Classes:** | | |
| **Images/Links:** | | |
| **Goods:** | | |

| Trademark | Case Number Country | SubCase Case Type | Application Number Filing Date | Publication Number Publication Date | Registration Number Registration Date | Status Next Renewal |
|---|---|---|---|---|---|---|
| General Trademark Matters | B5544-5001 | | | | | OPEN |
| | General Matter | GEN | | | | |

| | |
|---|---|
| **Owner:** | **Attorneys:** JKR, LL |
| **Client:** Bluefly Holdings, Inc. | **Client Ref:** |
| **Agent:** | **Agent Ref:** |
| **Classes:** | |
| **Images/Links:** | |
| **Goods:** | |

| Trademark | Case Number<br>Country | SubCase<br>Case Type | Application Number<br>Filing Date | Publication Number<br>Publication Date | Registration Number<br>Registration Date | Status<br>Next Renewal |
|---|---|---|---|---|---|---|
| HADLEY & JAMES | B5544-5010<br>United States of America | ORD | 85923247<br>03-May-2013 | 08-Oct-2013 | 4602437<br>09-Sep-2014 | Registered<br>09-Sep-2024 |

**Owner:** Bluefly Acquisition, LLC  
**Client:** Bluefly Holdings, Inc.  
**Agent:**  
**Classes:** 25 Int.  

**Attorneys:** JKR  
**Client Ref:**  
**Agent Ref:**  

**Images/Links:**



B5544 HADLEY & JAMES

**Goods:** 25 Int.          Women's tops

**Report Selection**

| | | |
|---|---|---|
| **Sort Order:** by Trademark | **Report Format:** Comprehensive | **Print Goods?:** Yes |
| | | **Print Remarks?:** No |
| | | **Print Images/Links?:** Yes |
| | | **Print Designated Countries?:** No |

| **Filing Date:** | **From:** | **To:** |
|---|---|---|

**Case Number:**                                        **Status Code:**   Active

**Trademark:**                                                                        **Case Type(s):**            **Status(es):**

Client: Bluefly Holdings, Inc.

**Agent:**

**Attorney:**

**Owner:**

**Country:**

**Area:**

**Keyword:**

**DOMAIN NAMES**

| **Domain Name** | **Registered Owner** | **Domain Name Registrar** |
|---|---|---|
| bluefly.com | Bluefly, Inc. | Network Solutions, LLC |
| belleandclive.com | Bluefly, Inc. | Network Solutions, LLC |
| azurli.com | Bluefly, Inc. | Network Solutions, LLC |
| bellaandclive.com | Bluefly, Inc. | Network Solutions, LLC |
| bella-and-clive.com | Bluefly, Inc. | Network Solutions, LLC |
| bellaandclyve.com | Bluefly, Inc. | Network Solutions, LLC |
| Bella-and-clyve.com | Bluefly, Inc. | Network Solutions, LLC |
| bellaclive.com | Bluefly, Inc. | Network Solutions, LLC |
| bella-clive.com | Bluefly, Inc. | Network Solutions, LLC |
| bellaclyve.com | Bluefly, Inc. | Network Solutions, LLC |
| bella-clyve.com | Bluefly, Inc. | Network Solutions, LLC |
| bellanclive.com | Bluefly, Inc. | Network Solutions, LLC |
| bellanclyve.com | Bluefly, Inc. | Network Solutions, LLC |

| Domain Name | Registered Owner | Domain Name Registrar |
|---|---|---|
| bellandclive.com | Bluefly, Inc. | Network Solutions, LLC |
| bell-and-clive.com | Bluefly, Inc. | Network Solutions, LLC |
| bellandclyve.com | Bluefly, Inc. | Network Solutions, LLC |
| bell-and-clyve.com | Bluefly, Inc. | Network Solutions, LLC |
| bellaplum.com | Bluefly, Inc. | Network Solutions, LLC |
| bellclive.com | Bluefly, Inc. | Network Solutions, LLC |
| bell-clive.com | Bluefly, Inc. | Network Solutions, LLC |
| bellclyve.com | Bluefly, Inc. | Network Solutions, LLC |
| bell-clyve.com | Bluefly, Inc. | Network Solutions, LLC |
| belle-and-clive.com | Bluefly, Inc. | Network Solutions, LLC |
| belleandclive.net | Bluefly, Inc. | Network Solutions, LLC |
| belleandclive.org | Bluefly, Inc. | Network Solutions, LLC |
| belleandclyve.com | Bluefly, Inc. | Network Solutions, LLC |
| belle-and-clyve.com | Bluefly, Inc. | Network Solutions, LLC |
| belleclive.com | Bluefly, Inc. | Network Solutions, LLC |

| Domain Name | Registered Owner | Domain Name Registrar |
|---|---|---|
| belle-clive.com | Bluefly, Inc. | Network Solutions, LLC |
| belleclyve.com | Bluefly, Inc. | Network Solutions, LLC |
| belle-clyve.com | Bluefly, Inc. | Network Solutions, LLC |
| bellenclive.com | Bluefly, Inc. | Network Solutions, LLC |
| bellenclyve.com | Bluefly, Inc. | Network Solutions, LLC |
| belleplum.com | Bluefly, Inc. | Network Solutions, LLC |
| bellnclive.com | Bluefly, Inc. | Network Solutions, LLC |
| bellnclyve.com | Bluefly, Inc. | Network Solutions, LLC |
| blewfly.com | Bluefly, Inc. | Network Solutions, LLC |
| blueflyadvertising.com | Bluefly, Inc. | Network Solutions, LLC |
| blue-fly.com | Bluefly, Inc. | Network Solutions, LLC |
| bluefly.net | Bluefly, Inc. | Network Solutions, LLC |
| blue-fly.net | Bluefly, Inc. | Network Solutions, LLC |
| blueflytech.com | Bluefly, Inc. | Network Solutions, LLC |
| blueflytv.com | Bluefly, Inc. | Network Solutions, LLC |

*[Signature Page to Domain Name Assignment]*

| Domain Name | Registered Owner | Domain Name Registrar |
|---|---|---|
| blue-fly.us | Bluefly, Inc. | Network Solutions, LLC |
| envite.com | Bluefly, Inc. | Network Solutions, LLC |
| flyandmighty.com | Bluefly, Inc. | Network Solutions, LLC |
| flyandmighty.net | Bluefly, Inc. | Network Solutions, LLC |
| flyandmighty.org | Bluefly, Inc. | Network Solutions, LLC |
| flysociety.com | Bluefly, Inc. | Network Solutions, LLC |
| ibluefly.com | Bluefly, Inc. | Network Solutions, LLC |
| plumluster.com | Bluefly, Inc. | Network Solutions, LLC |
| Plumlustre.com | Bluefly, Inc. | Network Solutions, LLC |
| steal-a-day.com | Bluefly, Inc. | Network Solutions, LLC |
| stealaday.com | Bluefly, Inc. | Network Solutions, LLC |
| stealaday.net | Bluefly, Inc. | Network Solutions, LLC |
| steal-a-day.net | Bluefly, Inc. | Network Solutions, LLC |
| steal-a-day.org | Bluefly, Inc. | Network Solutions, LLC |
| stealaday.org | Bluefly, Inc. | Network Solutions, LLC |

*[Signature Page to Domain Name Assignment]*

| Domain Name | Registered Owner | Domain Name Registrar |
|---|---|---|
| thatswhyibluefly.com | Bluefly, Inc. | Network Solutions, LLC |
| thelistdeals.com | Bluefly, Inc. | Network Solutions, LLC |
| thelistdeals.net | Bluefly, Inc. | Network Solutions, LLC |
| thelistdeals.org | Bluefly, Inc. | Network Solutions, LLC |

*[Signature Page to Domain Name Assignment]*

# COPYRIGHTS

**Titles and Descriptions of Works:**

1. The website files, screen displays, and all related information, content, program interfaces, structures, computer code, published materials, electronic documents, and graphic files comprising the website located at http://www.bluefly.com as of the Effective Date.

2

**Fill in this information to identify the case:**

Debtor name __Bluefly Acquisition, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): __19-10207 CSS__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

Creditor's name

__Total Fashion, Inc.__

Creditor's mailing address

__c/o Clearlake Capital Partners, LLC__
__233 Wilshire Blvd., Suite 800__
__Los Angeles, CA 90401__

Creditor's email address, if known

_____

Date debt was incurred __5/7/2017__
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

Describe debtor's property that is subject to a lien

__ALL__

$ _____    $ _____

Describe the lien

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

$ _____    $ _____

Describe the lien

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ _____

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property

BN 35636726v1

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | BLUEFLY ACQUISITION, LLC |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number (If known) | 19-10207 CSS |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Del Rosario, Jaclhine
2260 Olinville Ave. C57
Bronx, NY 10467

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, etc.

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $
Priority amount: $ 3,118.91

---

**2.2** Priority creditor's name and mailing address
Fernandes, Kenneth
145 Chestnut Ave Apt 3L
Jersey City, NJ 07306

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, etc.

**Is the claim subject to offset?**
☐ No
☐ Yes

Priority amount: $ 7,807.39

---

**2.3** Priority creditor's name and mailing address
Gomez, Alexandra
550 West 45th St Apt 907
Manhattan, NY 10036

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, etc.

**Is the claim subject to offset?**
☐ No
☐ Yes

Priority amount: $ 4,317.26

---

page 1 of _____

American LegalNet, Inc.
www.FormsWorkFlow.com

  
Debtor  **Bluefly Acquisition,LLC**
      Name           Case number *(if known)* **19-10207 CSS**

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**        **Priority amount**

---

**2.4** Priority creditor's name and mailing address

Keel, David
125 West 31st St Apt 30C
New York, NY 10001

$ _____  $ __10,378.29__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, etc.

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5** Priority creditor's name and mailing address

Kramvis, Catherine
214th St Apt 827
Hoboken, NJ 07030

$ _____  $ __4,598.20__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, etc.

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6** Priority creditor's name and mailing address

Lall, Aniza
121 Nassau St Apt 31A
Manhattan, NY 10038

$ _____  $ __2,266.89__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, etc.

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.7** Priority creditor's name and mailing address

Papandrea, Dominic
1829-63 St
Brooklyn, NY 11204

$ _____  $ __4,665.60__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages, etc.

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

page _____ of _____



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    **Bluefly Acquisition, LLC**
_____    Case number (if known) 19-10207 CSS
Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.8**    Priority creditor's name and mailing address                                                     $ _____    $   2,393.83

As of the petition filing date, the claim is:
_Check all that apply._

Prestia, Sean                          ☐ Contingent
1617 Kimball St                        ☐ Unliquidated
Brooklyn, NY 11234                     ☐ Disputed

Date or dates debt was incurred        Basis for the claim:
                                       Wages, etc.

Last 4 digits of account
number   __ __ __ __                    Is the claim subject to offset?
                                       ☐ No
Specify Code subsection of PRIORITY unsecured    ☐ Yes
claim: 11 U.S.C. § 507(a) (4)

**2.9**    Priority creditor's name and mailing address                                                     $ _____    $   4,495.57

As of the petition filing date, the claim is:
_Check all that apply._

Rhee, Dongeun                          ☐ Contingent
1203 River Road Apt 18M                ☐ Unliquidated
Edgewater, NJ 07020                    ☐ Disputed

Date or dates debt was incurred        Basis for the claim:
                                       Wages, etc.

Last 4 digits of account
number   __ __ __ __                    Is the claim subject to offset?
                                       ☐ No
Specify Code subsection of PRIORITY unsecured    ☐ Yes
claim: 11 U.S.C. § 507(a) (4)

**2.10**   Priority creditor's name and mailing address                                                     $ _____    $   6,960.27

As of the petition filing date, the claim is:
_Check all that apply._

Shnitzer, Viktor                       ☐ Contingent
390 Kings Highway Apt 6D               ☐ Unliquidated
Brooklyn, NY 11223                     ☐ Disputed

Date or dates debt was incurred        Basis for the claim:
                                       Wages, etc.

Last 4 digits of account
number   __ __ __ __                    Is the claim subject to offset?
                                       ☐ No
Specify Code subsection of PRIORITY unsecured    ☐ Yes
claim: 11 U.S.C. § 507(a) (4)

**2.11**   Priority creditor's name and mailing address                                                     $ _____    $   3,841.33

As of the petition filing date, the claim is:
_Check all that apply._

Smythe, Randall Kent                   ☐ Contingent
27941 Rainbow Dr                       ☐ Unliquidated
Placentia, CA 92352                    ☐ Disputed

Date or dates debt was incurred        Basis for the claim:
                                       Wages, etc.

Last 4 digits of account
number   __ __ __ __                    Is the claim subject to offset?
                                       ☐ No
Specify Code subsection of PRIORITY unsecured    ☐ Yes
claim: 11 U.S.C. § 507(a) (4)

page _____ of _____

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (*if known*) 19-10207 CSS |
|---|---|---|
| | Name | |

---

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**  **Priority amount**

---

**2.12** Priority creditor's name and mailing address

$ _____   $ _2,556.79_

As of the petition filing date, the claim is:
*Check all that apply.*

Sorice, Kristen Rose
33 Bennett Ave
Yonkers, NY 10701

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, etc.

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.13** Priority creditor's name and mailing address

$ _____   $ _12,618.24_

As of the petition filing date, the claim is:
*Check all that apply.*

Yann, Tanini
1137 Garden Street
Hoboken, NJ 07030

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, etc.

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.14** Priority creditor's name and mailing address

$ _____   $ _3,512.14_

As of the petition filing date, the claim is:
*Check all that apply.*

Waller, Michael
122 West 109th St Apt 2F
New York, NY 10025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, etc.

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.15** Priority creditor's name and mailing address

$ _____   $ _____

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, etc.

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

page _____ of _____



American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 11,400.00 |
|---|---|---|
| 4Cite Marketing, LLC | *Check all that apply.* | |
| | ☐ Contingent | |
| 540 Broadway | ☐ Unliquidated | |
| Albany, NY 12207 | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes | |

**3.2.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 189.22 |
|---|---|---|
| Able Fire Prevention Corp. | *Check all that apply.* | |
| | ☐ Contingent | |
| 241 West 26th Street | ☐ Unliquidated | |
| New York, NY 10001 | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes | |

**3.3.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 173.93 |
|---|---|---|
| ABS by Allen Schwartz | *Check all that apply.* | |
| | ☐ Contingent | |
| 1218 So. Santa Fe Avenue | ☐ Unliquidated | |
| Los Angeles, CA 90021 | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** __ __ __ __ | ☐ No   ☐ Yes | |

**3.4.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 741.69 |
|---|---|---|
| Accuratime | *Check all that apply.* | |
| | ☐ Contingent | |
| 614 West 6th St. | ☐ Unliquidated | |
| Los Angeles, CA 90017 | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** __ __ __ | ☐ No   ☐ Yes | |

**3.5.**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 112,759.69 |
|---|---|---|
| Adams & Co. Real Estate Llc | *Check all that apply.* | |
| | ☐ Contingent | |
| PO Box 67026 Acct# 0501000 | ☐ Unliquidated | |
| Newark, NJ 07101-8081 | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| | ☐ No   ☐ Yes | |
| **Date or dates debt was incurred** _____ | | |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.6.** **Nonpriority creditor's name and mailing address**

Adornia

250 West 27th Street 2H

New York, NY  10001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$  15,828.23

---

**3.7.** **Nonpriority creditor's name and mailing address**

AdQuire

12 East 49th St Floor 11

New York, NY  10017

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$  1,751.40

---

**3.8.** **Nonpriority creditor's name and mailing address**

Adrianna Papell

500 7th Ave   10th Floor

New York, NY  10018

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$  611.97

---

**3.9.** **Nonpriority creditor's name and mailing address**

Alepel Shoes

19411 NE 17 Ave

North Miami Beach, FL 33179

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$  -128.80

---

**3.10.** **Nonpriority creditor's name and mailing address**

Amazon

410 Terry Ave N

Seattle, WA 98109

**Date or dates debt was incurred** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$  24,809.10

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* 19-10207 CSS |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.11.** **Nonpriority creditor's name and mailing address**

Amazon Web Services, Inc.

PO Box 84023

Seattle, WA  98124-8423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 45,638.90

---

**3.12.** **Nonpriority creditor's name and mailing address**

American Express

PO Box  #1270

Newark, NJ  07101-1270

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 17,022.53

---

**3.13.** **Nonpriority creditor's name and mailing address**

American Sunglasses

193 Main St.

Falmouth, MA  02540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 470.00

---

**3.14.** **Nonpriority creditor's name and mailing address**

AMEX

World Financial Center

New York, NY 10285

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 35,072.14

---

**3.15.** **Nonpriority creditor's name and mailing address**

Andre Romanelli International Inc.

159 West 53rd St. Ste 20B

New York, NY  10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

$ 1,737.23

---

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (*if known*) 19-10207 CSS |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.16.** **Nonpriority creditor's name and mailing address**

Apparel Production Services Global, LLC.

8954 Lurline Ave.

Chatsworth, CA  91311

**As of the petition filing date, the claim is:**          $          17,372.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.17.** **Nonpriority creditor's name and mailing address**

Aqs Brand

Aqua Swiss Watch
8015 Deering Avenue

Canoga Park, CA  91304

**As of the petition filing date, the claim is:**          $          4,619.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.18.** **Nonpriority creditor's name and mailing address**

Area Trend

7584 Whipple Ave NW

North Canton, OH  44720

**As of the petition filing date, the claim is:**          $          24,584.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.19.** **Nonpriority creditor's name and mailing address**

Asap Warehouse & Distribution, Inc.

104 Sackett Street

Brooklyn, NY  11231

**As of the petition filing date, the claim is:**          $          300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.20.** **Nonpriority creditor's name and mailing address**

Assured Environments

45 Broadway 10th Floor

New York, NY  10006

**As of the petition filing date, the claim is:**          $          178.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* 19-10207 CSS |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.21.** Nonpriority creditor's name and mailing address

Aubry Lane

5333 W 86th Street

Indianapolis, IN  46268

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:       $ -7.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.22.** Nonpriority creditor's name and mailing address

Beauty Vice

Verbena Products LLC
PO Box 14-5358

Coral Gables, FL  33114

Date or dates debt was incurred _____

Last 4 digits of account number

As of the petition filing date, the claim is:       $ 2,175.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.23.** Nonpriority creditor's name and mailing address

BeautyExpress Sales LLC

660 Live Oak Rd

Ringgold, GA  30736

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:       $ 385.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.24.** Nonpriority creditor's name and mailing address

Bella Tutto Jewelry

100 Rorer Street

Glenside, PA  19038

Date or dates debt was incurred _____

Last 4 digits of account number

As of the petition filing date, the claim is:       $ 2,512.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.25.** Nonpriority creditor's name and mailing address

Bertigo

1000 Park Centre Blvd Ste 150

Miami, FL  33169

Date or dates debt was incurred _____

As of the petition filing date, the claim is:       $ -83.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.26.** **Nonpriority creditor's name and mailing address**

BHFO

4520 20th Ave.

Cedar Rapids, IA  52402

**As of the petition filing date, the claim is:** $ 92,921.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.27.** **Nonpriority creditor's name and mailing address**

Birch Valuations, Inc.

5000 Birch St W Tower Ste 3000

Newport Beach, CA  92660

**As of the petition filing date, the claim is:** $ 1,050.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.28.** **Nonpriority creditor's name and mailing address**

Bleu Hills / Porsamo Bleu

20058 Ventura Blvd.  #327

Woodland Hills, CA  91364

**As of the petition filing date, the claim is:** $ 644.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.29.** **Nonpriority creditor's name and mailing address**

Bling Jewelry CA

5901 West Side Ave

North Bergen, NJ  07047

**As of the petition filing date, the claim is:** $ 3,218.4
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.30.** **Nonpriority creditor's name and mailing address**

BMG Imports Exports Inc.

19 West 34th St.

New York, NY  10001

**As of the petition filing date, the claim is:** $ 3,011.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

---

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* 19-10207 CSS |
|--------|--------------------------|----------------------------------------|
|        | Name                     |                                        |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.31.** **Nonpriority creditor's name and mailing address**

Bossi Holding, Inc.

9 Pinecrest ROAD

Valley Cottage, NY  10989

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**   $ 6,731.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.32.** **Nonpriority creditor's name and mailing address**

Bounce Exchange Inc

535 Fifth Avenue, 30th Floor

New York, NY  10017

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 71,530.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.33.** **Nonpriority creditor's name and mailing address**

Brand Breeders, Inc

450 North End Ave, Unit 16F

New York, NY  10282

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**   $ 52.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.34.** **Nonpriority creditor's name and mailing address**

Branding Fashion Star Kademo GMBH

Liegigstrasse 5  85757

Karlsfeld, Germany GER

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $ 10,885.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.35.** **Nonpriority creditor's name and mailing address**

Bry Media LLC

270 Broadway Apt. 17C

New York, NY  10007

**Date or dates debt was incurred** _____

**As of the petition filing date, the claim is:**   $ 3,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* 19-10207 CSS |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.36.** 
**Nonpriority creditor's name and mailing address**
Bungalow20

1936 Selby Ave. #202

Los Angeles, CA  90025

**As of the petition filing date, the claim is:**   $   11.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**3.37.** 
**Nonpriority creditor's name and mailing address**
Cavrose, Inc

Rosann Cavaliere
75 30 196th St

Fresh Meadows, NY  11366

**As of the petition filing date, the claim is:**   $   4,185.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.38.** 
**Nonpriority creditor's name and mailing address**
CBIZ MHM, LLC

PO Box 952753

Saint Louis, MO  63195-2753

**As of the petition filing date, the claim is:**   $   9,475.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**3.39.** 
**Nonpriority creditor's name and mailing address**
CES LIMITED LLC

100 W. Kirby St. Ste 101

Detroit, MI  48202

**As of the petition filing date, the claim is:**   $   2,261.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.40.** 
**Nonpriority creditor's name and mailing address**
Channeladvisor Corporation

3025 Carrington Mill Blvd Suite 500

Morrisville, NC  27560

**As of the petition filing date, the claim is:**   $   7,548.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* 19-10207 CSS |
|---|---|---|
| | Name | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.41.** **Nonpriority creditor's name and mailing address**

Charles & Colvard, Ltd

170 Southport Dr.

Morrisville, NC  27560

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $ 1,148.09

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.42.** **Nonpriority creditor's name and mailing address**

Cheetah Digital Inc

22807 Networkplace

Chicago, IL  60673

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $ 68,324.52

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.43.** **Nonpriority creditor's name and mailing address**

Chicago Holdings

100 W Forest Ave H

Englewood, NJ  7631

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $ 11,697.05

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.44.** **Nonpriority creditor's name and mailing address**

C3 Concepts
Attn Christopher Fischer
Church St Station
PO Box 7193

New York, NY  10008

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** $ 909.38

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**3.45.** **Nonpriority creditor's name and mailing address**

Chronostore

608 5ᵗʰ Avenue #408

New York, NY 10020

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $ -1530.00

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | |
|---|---|---|
| | Name | |

Case number *(if known)* 19-10207 CSS

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.46.** Nonpriority creditor's name and mailing address

Cirillo Moda

15 Maggio
Corso Italia 261 A 80067

ITA

As of the petition filing date, the claim is:  $ 1,280.16
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.47.** Nonpriority creditor's name and mailing address

Clothing Showroom

Perfect Ink, Inc
2541 S. Alameda St.

Los Angeles, CA  90058

As of the petition filing date, the claim is:  $ 875.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.48.** Nonpriority creditor's name and mailing address

Concrete Runway

5557 San Vicente St.

Coral Gables, FL 33146

As of the petition filing date, the claim is:  $ 87.85
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.49.** Nonpriority creditor's name and mailing address

Crew Knitwear LLC

660 S. Myers Street

Los Angeles, CA  90023

As of the petition filing date, the claim is:  $ 140.01
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.50.** Nonpriority creditor's name and mailing address

Criteo Corp.

PO Box 392422

Pittsburgh, PA  15251-9422

As of the petition filing date, the claim is:  $ 6,798.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  **Bluefly Acquisition, LLC**
Name

Case number *(if known)* 19-10207 CSS

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.51.** | **Nonpriority creditor's name and mailing address**

Cufflinks Inc.

5000 S MacArthur Lane Suite 110

Sioux Falls, SD  57108

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ -81.91

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.52.** | **Nonpriority creditor's name and mailing address**

Cybersource Corporation

PO Box 742842

Los Angeles, CA  90074-2842

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 7,306.45

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.53.** | **Nonpriority creditor's name and mailing address**

D&D La Certosa Firenze Spa

Via Di Colle Ramole 9/11 Florence  50023
Ankeny, IA
ITA

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,666.69

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.54.** | **Nonpriority creditor's name and mailing address**

Daniels Deals Inc

1811 Quentin Road Suite 4J

Brooklyn, NY  11229

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 3,346.87

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.55.** | **Nonpriority creditor's name and mailing address**

Delmar Mfg

1083 Main St.

Champlain, NY  12919

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 3,440.22

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Date or dates debt was incurred**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* 19-10207 CSS |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ -49.70 |
|---|---|---|---|

Designer Studio

4345 Camino De La Plaza, M298

San Ysidro, CA  92173

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| 3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 2,267.68 |
|---|---|---|---|

Diamond Direct LLC

145 West 45th St.

New York, NY  10036

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 480.20 |
|---|---|---|---|

DIBI

38 Lakeview Drive

Lake Barrington, IL  60010

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ -111.30 |
|---|---|---|---|

Dolce Cabo Inc.

777 East 15th Street

Los Angeles, CA  90021

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 207.20 |
|---|---|---|---|

Donna Salyers Fabulous-Furs

25 West Robbins Street

Covington, KY  41011

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Date or dates debt was incurred** _____

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* 19-10207 CSS |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.61.** **Nonpriority creditor's name and mailing address**

Dooney & Bourke

1 Regent St

Norwalk, CT  06855

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 3,437.95

---

**3.62.** **Nonpriority creditor's name and mailing address**

Dora Landa

260 West 36th Street Suite 602

New York, NY  10018

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 70.00

---

**3.63.** **Nonpriority creditor's name and mailing address**

Dynamic Construction Services

274 Madison Ave Suite 1900

New York, NY  10016

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 48,138.94

---

**3.64.** **Nonpriority creditor's name and mailing address**

Emy Mack

1151 Freeport Rd #343

Pittsburgh, PA  15238

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ -140.00

---

**3.65.** **Nonpriority creditor's name and mailing address**

Estate Five Media, LLC

1345 Chemical Street

Dallas, TX  75207

**Date or dates debt was incurred** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 10,000.00

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* 19-10207 CSS |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.66.** **Nonpriority creditor's name and mailing address**

Estivo LLC

10530 Cardera Dr.

Riverview, FL  33578

As of the petition filing date, the claim is:   $ -89.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.67.** **Nonpriority creditor's name and mailing address**

Evolve Apparel LLC

1606 S Flower St

Los Angeles, CA  90015

As of the petition filing date, the claim is:   $ 12.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.68.** **Nonpriority creditor's name and mailing address**

Expert Marketing, LLC

1036 Avery Creek Drive

Woodstock, GA  30188

As of the petition filing date, the claim is:   $ 239.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.69.** **Nonpriority creditor's name and mailing address**

Fashion Habits LLC

83 North Lorna Lane

Suffern, NY  10901

As of the petition filing date, the claim is:   $ 4,274.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.70.** **Nonpriority creditor's name and mailing address**

Faviana

320 w 37th st 10th floor

New York, NY  10018

As of the petition filing date, the claim is:   $ 166.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**Date or dates debt was incurred** _____

---

Official Form 206E/F           Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* 19-10207 CSS |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.71.** **Nonpriority creditor's name and mailing address**

Fisher Phillips

430 Mountain Ave Suite 303

New Providence, NJ  07974

**As of the petition filing date, the claim is:**   $   3,563.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.72.** **Nonpriority creditor's name and mailing address**

Fmarsarovic

Maple House 202,5-6-1 Odp
Fukuoka-Shi, 818 0001

JPN

**As of the petition filing date, the claim is:**   $   19,414.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.73.** **Nonpriority creditor's name and mailing address**

Foxy Luxury

7777 NE Bayshore Ct-Suite 204

Miami, FL  33138

**As of the petition filing date, the claim is:**   $   4,797.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.74.** **Nonpriority creditor's name and mailing address**

Fragrancenet.Com

Attn: Mary Lou - Acc'tng Dept 900 Grand Blvd

Deer Park, NY  11729

**As of the petition filing date, the claim is:**   $   10,506.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.75.** **Nonpriority creditor's name and mailing address**

Gaffos Inc

40 Bayview Ave

Inwood, NY  11096

**As of the petition filing date, the claim is:**   $   34,754.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred** _____

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.76.** | **Nonpriority creditor's name and mailing address**
Gerardo Somoza Photography

790 11ᵗʰ Ave Apt 14B

New York, NY  10019

**As of the petition filing date, the claim is:**    $ __375.00__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____    **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number** __ __ __ __        ☐ Yes

---

**3.77.** | **Nonpriority creditor's name and mailing address**
Gilo Creations

4900 Fisher St. Ste 101
Montreal, QB H4T1J6

,

**As of the petition filing date, the claim is:**    $ __3,425.97__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____    **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                   ☐ Yes

---

**3.78.** | **Nonpriority creditor's name and mailing address**
Giovanno/ F&M Hat Co.

Po Box 40

Denver, PA  17517

**As of the petition filing date, the claim is:**    $ __-146.58__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis For The Claim:** _____

**Date Or Dates Debt Was Incurred** _____    **Is the claim subject to offset?**
☐ No
**Last 4 Digits Of Account Number** __ __ __ __        ☐ Yes

---

**3.79.** | **Nonpriority Creditor's Name And Mailing Address**
Gloves International, Inc.

P.O. Box 65

Brattleboro, VT  05301-0065

**As Of The Petition Filing Date, The Claim Is:**    $ __1049.23__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____    **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                   ☐ Yes

---

**3.80.** | **Nonpriority creditor's name and mailing address**
Google Inc.

Dept 33654 PO Box 39000

San Francisco, CA  94139-3181

**As of the petition filing date, the claim is:**    $ __204,324.07__
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
**Date or dates debt was incurred**                   ☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.81.**
**Nonpriority creditor's name and mailing address**

Heap Inc

225 Bush Street Suite 200
San Francisco, CA  94104

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**    $    15,310.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.82.**
**Nonpriority creditor's name and mailing address**

Hidesign America

91 46th St.
Sacramento, CA  95819

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**    $    1,510.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.83.**
**Nonpriority creditor's name and mailing address**

Home City

380 Mill Rd.
Edison, NJ  08817

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**    $    553.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.84.**
**Nonpriority creditor's name and mailing address**

Idea Lab Group LLC/ The Front Row

705 Ave. P
Brooklyn, NY  11223

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**    $    -243.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.85.**
**Nonpriority creditor's name and mailing address**

India-Data-Entry.Com

T4, HL Palza Sector 12
Dwarka, New Delhi-110075

INDIA

**Date or dates debt was incurred** _____

**As of the petition filing date, the claim is:**    $    442.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* 19-10207 CSS |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.86.** Nonpriority creditor's name and mailing address

International Design Group

420 Green Mountain Rd

Mahwah, NJ  07430

As of the petition filing date, the claim is: $ 69.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.87.** Nonpriority creditor's name and mailing address

IT Asset Management Group

110 Bi COUNTY BLVE, SUITE 106

Farmingdale, NY  11735

As of the petition filing date, the claim is: $ 1,279.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.88.** Nonpriority creditor's name and mailing address

JBW

2920 Taylor Street

Dallas, TX  75226

As of the petition filing date, the claim is: $ 3,372.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis For The Claim: _____

Date Or Dates Debt Was Incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 Digits Of Account Number ___ ___ ___ ___

---

**3.89.** Nonpriority Creditor's Name And Mailing Address

Jewelry Affairs

224 West 35th St Suite 1208-6

New York, NY  10001

As Of The Petition Filing Date, The Claim Is: $ 1,005.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.90.** Nonpriority creditor's name and mailing address

Jobvite, Inc.

1300 S. El Camino Real Suite 400

San Mateo, CA  94402

As of the petition filing date, the claim is: $ 2,068.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | | Case number *(if known)* 19-10207 CSS |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.91.** Nonpriority creditor's name and mailing address

John Barton Company

2701 E Tioga St.

Philadelphia, PA  19134

As of the petition filing date, the claim is: $ 139.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.92.** Nonpriority creditor's name and mailing address

KC Designs

64 West 48th Street

New York, NY  10036

As of the petition filing date, the claim is: $ -245.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.93.** Nonpriority creditor's name and mailing address

Kibo Software, Inc

75 Remittance Dr. Dept #6588

Chicago, IL  60675

As of the petition filing date, the claim is: $ 33,388.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.94.** Nonpriority creditor's name and mailing address

La Dolce Vitae CA

92 Corporate Park, C241

Irvine, CA  92606

As of the petition filing date, the claim is: $ 34,140.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.95.** Nonpriority creditor's name and mailing address

La Moda Italiana

12919 S. Figueroa St

Los Angeles, CA  90061

As of the petition filing date, the claim is: $ 1,004.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Bluefly Acquisition, LLC
Name

Case number *(if known)* 19-10207 CSS

---

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.96.** **Nonpriority creditor's name and mailing address**

Label + Thread

312 East 23rd St., Ste 10c
New York, NY  10010

**As of the petition filing date, the claim is:**  $    1,098.60

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.97.** **Nonpriority creditor's name and mailing address**

Lamarque

9150 Meilleur #405
Montreal, QB H2N2A5

**As of the petition filing date, the claim is:**  $
-49.00

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.98.** **Nonpriority creditor's name and mailing address**

Le Club Original

20725 NE 16th Ave., Suite A24
Miami, FL  33179

**As of the petition filing date, the claim is:**  $    76.09

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.99.** **Nonpriority creditor's name and mailing address**

Lejon Of California

1229 Railroad Street
Corona, CA  92882

**As of the petition filing date, the claim is:**  $    355.60

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.100.** **Nonpriority creditor's name and mailing address**

Linda Richards

114 Pearl Street, Suite 1D
Port Chester, NY  10573

**As of the petition filing date, the claim is:**  $    8,339.12

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Date or dates debt was incurred**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (*if known*) | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.101.** **Nonpriority creditor's name and mailing address**
Lindsey Nicole

311 East 38th Street Suite 6B
New York, NY  10016

**As of the petition filing date, the claim is:**    $ -348.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.102.** **Nonpriority creditor's name and mailing address**
LS Direct Marketing

4 Suffern PLACE
Suffern, NY  10901

**As of the petition filing date, the claim is:**    $ 2,460.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.103.** **Nonpriority creditor's name and mailing address**
Lux Lair

400 S 4th St Ste 401M-115
Minneapolis, MN  55415

**As of the petition filing date, the claim is:**    $ 26,916.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.104.** **Nonpriority creditor's name and mailing address**
Luxury Emporium

Attn: Nochum Pines
112 Walnut Ave
Lakewood, NJ  08701

**As of the petition filing date, the claim is:**    $ 8,536.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.105.** **Nonpriority creditor's name and mailing address**
Luxury Garage Sale

329 West 18 st
Chicago, IL  60616

**As of the petition filing date, the claim is:**    $ 733.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.106.** **Nonpriority creditor's name and mailing address**

M&W Cleaning Service

1628-East 33 St.

Brooklyn, NY  11234

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$   5,607.05

---

**3.107.** **Nonpriority creditor's name and mailing address**

M4D3

156 West 56th St Suite 2002

New York, NY  10019

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$   86.73

---

**3.108.** **Nonpriority creditor's name and mailing address**

Marque Supply Company, Llc

6 Morgan Suite 118

Irvine, CA  92618

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$   -311.2

---

**3.109.** **Nonpriority creditor's name and mailing address**

Marquesa,Inc

1200 Santee St Suite #506

Los Angeles, CA  90015

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$   327.46

---

**3.110.** **Nonpriority creditor's name and mailing address**

Matzen Consulting Group

16325 Rockies Run Summit

Austin, TX  78738

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$   4,536.00

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (if known) | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111.** Nonpriority creditor's name and mailing address

Microsoft Online Inc

PO Box 847543
Dallas, TX  75284-7543

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:    $    3,468.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.112.** Nonpriority creditor's name and mailing address

Milberg Factors, Inc.

99 Park Avenue
New York, NY  10016

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:    $    -1737.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.113.** Nonpriority creditor's name and mailing address

MIRAKI

,

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $    25,190.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.114.** Nonpriority creditor's name and mailing address

MLG & Associates CA

34194 Aurora Road #289
Solon, OH  44139

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $    205.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.115.** Nonpriority creditor's name and mailing address

MOFE

2010 W 29TH ST.
Los Angeles, CA  90018

Date or dates debt was incurred

As of the petition filing date, the claim is:    $    156.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | | Case number *(if known)* | 19-10207 CSS |
|--------|--------------------------|---|---------------------------|--------------|
| | Name | | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.116.** **Nonpriority creditor's name and mailing address**

More Lane Inc

18 Technology Dr Ste 125
Irvine, CA  92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 322.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.117.** **Nonpriority creditor's name and mailing address**

Most Wanted

10 West 33rd St. Ste 1206
New York, NY  10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 131.95

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.118.** **Nonpriority creditor's name and mailing address**

Mundi Westport Corporation

331 Changebridge Road Post Office Box 2002
Pine Brook, NJ  07058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 306.59

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.119.** **Nonpriority creditor's name and mailing address**

N. PEAL

952 Madison Avenue
New York, NY  10021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 2,022.24

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.120.** **Nonpriority creditor's name and mailing address**

Narvar Inc

50 Beale St 7th Floor
San Francisco, CA  94105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 9,000.00

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Bluefly Acquisition, LLC
      Name

Case number *(if known)* 19-10207 CSS

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.121. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 2,241.75 |
|---|---|---|---|---|

Nashville Shoe Warehouse

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

1415 Murfreesboro Pike

Nashville, TN  37217

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _____

| 3.122. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 8,205.00 |
|---|---|---|---|---|

Neustar Inc

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Bank Of America PO Box 277833

Atlanta, GA  30353-7833

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _____

| 3.123. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 444.50 |
|---|---|---|---|---|

Nuloom LLC

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

134 West 29th St. 5th Fl

New York, NY  10001

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.124. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | -16.21 |
|---|---|---|---|---|

NYWD Inc..

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

2090 Flatbush AvenuE

Brooklyn, NY  11234

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.125. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 23,372.56 |
|---|---|---|---|---|

Optimist Consulting LLC

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

595 Madison Ave 6th Floor

New York, NY  10022

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred

---

Official Form 206E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.126.** **Nonpriority creditor's name and mailing address**

Palm Beach Jewelry

6400 E Rogers Circle

Boca Raton, FL  33499

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$    5,636.29

---

**3.127.** **Nonpriority creditor's name and mailing address**

Performance Horizon Group Ltd

West One 8th Fl, Forth Banks Newcastle Upon Tyne

NE1 3PA, United Kingdom

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$    72,915.59

---

**3.128.** **Nonpriority creditor's name and mailing address**

Pompeii 3

945 Lakeview Parkway Suite 130

Vernon Hills, IL  60061

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$    116,092.62

---

**3.129.** **Nonpriority creditor's name and mailing address**

Portolano Products

19 Warren Place 21st Fl

Mount Vernon, NY  10550

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$    1,395.94

---

**3.130.** **Nonpriority creditor's name and mailing address**

Prodigy Brands

1161 Holland Drive

Boca Raton, FL  33487

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$    238.11

---

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (*if known*) | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.131.** **Nonpriority creditor's name and mailing address**

Rangoni America

PO Box 1036

Charlotte, NC  28201

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ -33.25

---

**3.132.** **Nonpriority creditor's name and mailing address**

Regine Ltd

Issue New York 137 West 37th St.

New York, NY  10018

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ -216.72

---

**3.133.** **Nonpriority creditor's name and mailing address**

Resultco

3160 Haggerty Rd. Ste K

West Bloomfield, MI  48323

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,644.37

---

**Nonpriority creditor's name and mailing address**

INTENTIONALLY LEFT BLANK

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.134.** **Nonpriority creditor's name and mailing address**

RMS International

1200 Fuller Road

Linden, NJ  07036

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 13,21.76

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (if known) | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.135.** Nonpriority creditor's name and mailing address

Rosenthal & Rosenthal

P.O. Box 88926

Chicago, IL  60695-1926

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 456.35

---

**3.136.** Nonpriority creditor's name and mailing address

S3 Holding LLC

C/O: JS-BH Holding PO Box 841925

Boston, MA  02284-1925

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 822.42

---

**3.137.** Nonpriority creditor's name and mailing address

Safavieh Intl LLC

40 Harbor Park Drive North

Port Washington, NY  11050

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 90.87

---

**3.138.** Nonpriority creditor's name and mailing address

Sapphire Office Solutions

500 North Broadway Suite 224

Jericho, NY  11753

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 594.46

---

**3.139.** Nonpriority creditor's name and mailing address

SG Global Trade

634 Grove Ave

Edison, NJ  8820

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$ 840.07

---

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.140.** | **Nonpriority creditor's name and mailing address**

SGS International

185 Sumner Ave
Kenilworth, NJ  7033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 2,338.14

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.141.** | **Nonpriority creditor's name and mailing address**

Sheralven Enterprises, Ltd

2 Rodeo Drive
Edgewood, NY  11717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 3,638.12

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.142.** | **Nonpriority creditor's name and mailing address**

Shoe Metro

8960 Carroll Way
San Diego, CA  92121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 14,000

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.143.** | **Nonpriority creditor's name and mailing address**

Shoemagoo LLC

1253 University Ave Suite 1003
San Diego, CA  92103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 10,360.29

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.144.** | **Nonpriority creditor's name and mailing address**

Shoes

One Constitution Wharf
Charlestown, MA  02129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 6,292.52

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.145.** **Nonpriority creditor's name and mailing address**

Shoesmart

6307 Busch Blvd

Columbus, OH  43229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$   5,409.83

---

**3.146.** **Nonpriority creditor's name and mailing address**

Shoezoo.Com LLC

727 East Kingshill Pl.

Carson, CA  90746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$   1,682.72

---

**3.147.** **Nonpriority creditor's name and mailing address**

Showroom Five21 LLC

127 E. 9th St Suite 600

Los Angeles, CA  90015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$   711.61

---

**3.148.** **Nonpriority creditor's name and mailing address**

Sidecar Interactive, Inc.

1 S. Broad St 20th Fl

Philadelphia, PA  19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$   19,046.86

---

**3.149.** **Nonpriority creditor's name and mailing address**

Skye Associates

7529 Standish Pl Suite 100

Rockville, MD 20855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**

$   6,472.27

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (if known) 19-10207 CSS |
|---|---|---|
| | Name | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

---

**3.150.** **Nonpriority creditor's name and mailing address**

Sophie Jane Jewels

P.O. Box 243
Woodland Hills, CA  91365

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$              1,828.00

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.151.** **Nonpriority creditor's name and mailing address**

State Cashmere

1177 Ave of the Americans Suite 5105
New York, NY  10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$              53,41.25

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _ _ _ _

---

**3.152.** **Nonpriority creditor's name and mailing address**

Stella Service

75 Broad St, 10 Fl Ste 1010
New York, NY  10004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$              1,633.12

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _ _ _ _

---

**3.153.** **Nonpriority creditor's name and mailing address**

Stepani Style

7660 Rocky Mountain View Rd.
Tujunga, CA  91042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$              8,557.82

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** _ _ _ _

---

**3.154.** **Nonpriority creditor's name and mailing address**

Stone Rose LLC

19589 NE 10th Ave.
Miami, FL  33179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$              -97.16

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**

---

American LegalNet, Inc.
www.FormsWorkFlow.com

| | |
|---|---|
| Debtor | Bluefly Acquisition, LLC |
| | Name |

Case number *(if known)* 19-10207 CSS

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.155.** Nonpriority creditor's name and mailing address

Stylebug

102 Quigley Blvd

New Castle, DE  19720

**As of the petition filing date, the claim is:**    $    4,391.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.156.** Nonpriority creditor's name and mailing address

SUNDRIED

,

**As of the petition filing date, the claim is:**    $    242.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.157.** Nonpriority creditor's name and mailing address

Suzy Levian LLC

98 Cuttermill Rd Suite 260

Great Neck, NY  11021

**As of the petition filing date, the claim is:**    $    303.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.158.** Nonpriority creditor's name and mailing address

Teak Tree Consulting LLC

112 Eagle Rock Way

Montclair, NJ  07042

**As of the petition filing date, the claim is:**    $    5,553.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.159.** Nonpriority creditor's name and mailing address

Thalgo

15461 SW 12th St Unit 104

Fort Lauderdale, FL  33326

**As of the petition filing date, the claim is:**    $    311.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Bluefly Acquisition, LLC
_____
         Name

Case number (if known) 19-10207 CSS
_____

---

**Part 2:**    **Additional Page**

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $    12,227
The Hartford | *Check all that apply.*
| ☐ Contingent
| ☐ Unliquidated
Po Box 660916 | ☐ Disputed
Dallas, TX  75266-0916

**Basis for the claim:** _____

**Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| ☐ No
**Last 4 digits of account number** _____ | ☐ Yes

---

**3.161.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $    2363.03
The Jay Group | *Check all that apply.*
| ☐ Contingent
| ☐ Unliquidated
1450 Atlantic Ave | ☐ Disputed
Rocky Mount, NC  27801

**Basis for the claim:** _____

**Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| ☐ No
**Last 4 digits of account number** _____ | ☐ Yes

---

**3.162.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $    63.79
The Journey Continues, Inc. | *Check all that apply.*
| ☐ Contingent
| ☐ Unliquidated
838 Savannah Circle | ☐ Disputed
Walnut Creek, CA  94598

**Basis for the claim:** _____

**Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| ☐ No
**Last 4 digits of account number** _ _ _ _ | ☐ Yes

---

**3.163.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $    69.30
The Rondeau Group | *Check all that apply.*
| ☐ Contingent
| ☐ Unliquidated
220 Slonaker Rd | ☐ Disputed
Spring City, PA  19475

**Basis for the claim:** _____

**Date or dates debt was incurred** _____ | **Is the claim subject to offset?**
| ☐ No
**Last 4 digits of account number** _ _ _ _ | ☐ Yes

---

**3.164.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $    914.92
The Shoe Mart | *Check all that apply.*
| ☐ Contingent
| ☐ Unliquidated
950 Bridgeport Ave | ☐ Disputed
Milford, CT  06460

**Basis for the claim:** _____

**Is the claim subject to offset?**
| ☐ No
**Date or dates debt was incurred** | ☐ Yes

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (*if known*) | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.165.** **Nonpriority creditor's name and mailing address**

Threadstone Advisors, LLC

477 Madison Ave. 24th Fl

New York, NY  10022

**As of the petition filing date, the claim is:**  $   177,090.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.166.** **Nonpriority creditor's name and mailing address**

Tiesha Creations LLC

C/O Diamond Dealers Club
50 W 47th Street, #1101

New York, NY  10036

**As of the petition filing date, the claim is:**  $   -164.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.167.** **Nonpriority creditor's name and mailing address**

Tiffany And Fred

1966 Ne 147th Terrace

North Miami, FL  33181

**As of the petition filing date, the claim is:**  $   -34.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.168.** **Nonpriority creditor's name and mailing address**

Tlf Apparel

5901 Broken Sound Parkway NW

Boca Raton, FL  33487

**As of the petition filing date, the claim is:**  $   -28.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.169.** **Nonpriority creditor's name and mailing address**

Trendlee/ Trendly, Inc.

320 W 37th St 2nd Fl

New York, NY  10018

**As of the petition filing date, the claim is:**  $   45,435.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Date or dates debt was incurred**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.170.** | **Nonpriority creditor's name and mailing address**

Trustpilot

PO Box 392680

Pittsburgh, PA  15251-9680

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 2,500.00

---

**3.171.** | **Nonpriority creditor's name and mailing address**

Uline

Attn: Accounts Receivable
PO Box 88741

Chicago, IL  60680-1741

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 528.67

---

**3.172.** | **Nonpriority creditor's name and mailing address**

UPS SCS i-PARCEL

28013 Network Place

Chicago, IL  60673-1280

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 11,830.01

---

**3.173.** | **Nonpriority creditor's name and mailing address**

Upteam

7F, 161-167 Des Voeux Rd. Central

HONG KONG,    CHN

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 9,402.00

---

**3.174.** | **Nonpriority creditor's name and mailing address**

Vertical Design, Inc

1412 Broadway Suite 1508
New York, NY  10018

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 120,752.00

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.175.** | **Nonpriority creditor's name and mailing address**

Vini Trambadia Llc

75 Thompson St. 22

New York, NY  10012

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**    $                13,725.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.176.** | **Nonpriority creditor's name and mailing address**

Volar Fashion LLC (London Rag)

8940 Sorensen Ave Suite 2

Santa Fe Springs, CA  90670

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**    $                774.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.177.** | **Nonpriority creditor's name and mailing address**

Walter Baker

265 West 37th Street 5th Fl

New York, NY  10018

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $                788.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.178.** | **Nonpriority creditor's name and mailing address**

Waste Connections

Po Box 660654

Dallas, TX  75266-0654

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $                706.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.179.** | **Nonpriority creditor's name and mailing address**

White Oak Commercial Finance

PO Box 100895 Suite 1407

Atlanta, GA  30384-4174

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $                683.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number *(if known)* | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.180.** **Nonpriority creditor's name and mailing address**

Wholesale Interiors Inc.

991 Supreme Drive

Bensenville, IL  60106

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**    $    445.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.181.** **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**    $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.182.** **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**    $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.183.** **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**    $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.184.** **Nonpriority creditor's name and mailing address**

Date or dates debt was incurred

**As of the petition filing date, the claim is:**    $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   Bluefly Acquisition, LLC
         _____
         Name

Case number *(if known)* 19-10207 CSS

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 73,530.71 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,925,275.71 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c | $ 1,998,806.42 |

page _____ of _____

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name __Bluefly Acquisition, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                    (State)

Case number (If known): __19-10207 CSS__    Chapter __7__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | Prestige Employee Administrators, Inc. |
| | | | Attn: Eric Foodim – Chief Operating Officer |
| | | | 538 Broadhollow Road Suite 311 |
| | State the term remaining | | Melville, NY 11747 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Office Lease | 42-52 West 39th Street, LLC |
| | | | c/o Adams & Co. Real Estate, LLC |
| | | | 411 Fifth Ave. |
| | State the term remaining | | New York, NY 10016 |
| | List the contract number of any government contract | | Landlord |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

page 1 of __


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name  Bluefly Acquisition, LLC

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known):  19-10207 CSS

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

page 1 of _____


American LegalNet, Inc.
www.FormsWorkFlow.com

Fill in this information to identify the case and this filing:

Debtor Name **Bluefly Acquistion, LLC**

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number (if known) **19-10207 CSS**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/15/2019**          ✗ _____
         MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                    **Richard Cohen**
                    Printed name

                    **Manager**
                    Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors


American LegalNet, Inc.
www.FormsWorkFlow.com

| Fill in this information to identify the case: |
| --- |

Debtor name __Bluefly Acquisition, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): __19-10207 CSS__

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................

$ _____

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................

$1,175,378.27

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................

$1,175,378.27

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................

$Unknown

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* .......................................

$73,530.71

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................................

**+** $ 1,925,275.71

4. **Total liabilities**....................................................................................................
    Lines 2 + 3a + 3b

$1,998,806.42

---

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name  Bluefly Acquisition, LLC

United States Bankruptcy Court for the: _____  District of Delaware
                                                          (State)

Case number (If known): 19-10207 CSS

☐ Check if this is an
   amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

| **Part 1:** | **Income** |
| --- | --- |

**1. Gross revenue from business**

☐ None

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 7,588,000.00 |
| **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY        MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 33,356,000.00 |
| **For the year before that:** | From 01/01/2017 to 01/01/2017<br>MM / DD / YYYY        MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 42,133,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | **Description of sources of revenue** | **Gross revenue from each source**<br><br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY        MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY        MM / DD / YYYY | _____ | $ _____ |

---



American LegalNet, Inc.<br>www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (*if known*) | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

---

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached page**<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | _____<br>_____<br>_____<br>_____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br>City          State     ZIP Code | _____<br>_____<br>_____<br>_____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br><br>Street<br><br>City          State     ZIP Code<br><br>**Relationship to debtor** | _____<br>_____<br>_____<br>_____ | $ _____ | _____<br><br>_____<br><br>_____ |
| 4.2. | Insider's name<br><br>Street<br><br>City          State     ZIP Code<br><br>**Relationship to debtor** | _____<br>_____<br>_____<br>_____ | $ _____ | _____<br><br>_____<br><br>_____ |

---

American LegalNet, Inc.<br>www.FormsWorkFlow.com

Debtor    Bluefly Acquisition, LLC
_____
          Name

Case number (if known)   19-10207 CSS
                         _____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ _____ |
| | Creditor's name | | _____ | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $ _____ |
| | Creditor's name | | _____ | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Clearlake Capital Partners, LLC | Attached HSBC account | 1/25/2019 | $400,000* |
| Creditor's name | | | |
| 233 Wilshire Blvd. | | | |
| Street | | | |
| Suite 800 | | | |
| Los Angeles     CA     90401 | Last 4 digits of account number: XXXX– 0967 | | |
| City          State     ZIP Code | | | *Estimate |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State     ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | | |
| | | | City          State     ZIP Code | |

---

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Bluefly Acquisition, LLC
_____
Name

Case number (if known)  19-10207 CSS
_____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Thomas Jeremiassen | HSBC Bank Acct. | $ Unknown |
| Development Specialists, Inc. | | |
| Custodian's name | **Case title** | **Court name and address** |
| 333 South Grand Ave. | Total Fashion, Inc. v. Bluefly Acq., LLC and McGann Holdings, Ltd. | Sup. Ct. County of Los Angeles |
| Street | | Name |
| Suite 4100 | **Case number** | 1725 Main Street |
| Los Angeles     CA     90071 | | Street |
| City     State     ZIP Code | 19SMCV00102 | Dept. O |
| Counsel for Receiver: | **Date of order or assignment** | Santa Monica   CA   90401 |
| Eve H. Karasik, Esq. | | City     State     ZIP Code |
| Levene, Neale, Bender, Yoo & Brill, L.L.P. | 1/31/2019 | |
| 10250 Constellation Blvd., Suite 1700 | | |
| Los Angeles, CA 90067 | | |
| Email: ehk@lnbyb.com | | |

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name | | | $ |
| Street | | | |
| City     State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City     State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $ |

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Bluefly Acquisition, LLC
_____
Name

Case number (*if known*) 19-10207 CSS
_____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 Buchalter | | 1/23/2019 | $ 20,000.00 |
| **Address** | | | |
| 1000 Wilshire Blvd. | | | |
| Street | | | |
| Suite 1500 | | | |
| Los Angeles    CA    90017 | | | |
| City    State    ZIP Code | | | |
| **Email or website address** | | | |
| www.buchalter.com | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. Fineman Krekstein & Harris PC | | | $ 7,500.00 |
| **Address** | | | |
| 1300 N. King Street | | | |
| Street | | | |
| Wilmington    DE    19801 | | | |
| City    State    ZIP Code | | | |
| **Email or website address** | | | |
| www.finemanlawfirm.com | | | |
| **Who made the payment, if not debtor?** | | | |
| Buchalter | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Bluefly Acquisition, LLC
Name

Case number (*if known*)  19-10207 CSS

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1.  _____    _____    _____    $ _____

**Address**

_____    _____
Street

_____
City          State    ZIP Code

**Relationship to debtor**

_____


| Who received transfer? | | Date transfer was made | Total amount or value |
|---|---|---|---|

13.2.  _____    _____    _____    $ _____

_____    _____

**Address**

_____
Street

_____
City          State    ZIP Code

**Relationship to debtor**

_____

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.  _____    From  _____    To  _____
Street

_____
City                State    ZIP Code

14.2.  _____    From  _____    To  _____
Street

_____
City                State    ZIP Code

---



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    **Bluefly Acquisition, LLC**
Name

Case number *(if known)*  19-10207 CSS

---

| Part 8: | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City     State     ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name | | |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City     State     ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

| Part 9: | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.  Name, address, email

       Does the debtor have a privacy policy about that information?

       ☐ No

       ☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

       ☒ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _____ - _____ |

       Has the plan been terminated?

       ☐ No

       ☐ Yes

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Bluefly Acquisition, LLC
_____
Name

Case number *(if known)*    19-10207 CSS
_____

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | HSBC _____ <br> Name <br><br> Street <br> 425 5th Avenue <br> New York      NY      10018 <br> City            State        ZIP Code | XXXX– 0967 | ☒ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br><br> ☐ Other _____ | _____ | $ _____ |
| 18.2. | _____ <br> Name <br><br> Street <br><br> _____ <br> City      State    ZIP Code | XXXX– _____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br><br> ☐ Other _____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Street <br><br> _____ <br> City      State    ZIP Code | _____ <br> _____ <br><br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br><br> Street <br><br> _____ <br> City      State    ZIP Code | _____ <br> _____ <br><br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

---

American LegalNet, Inc. <br> www.FormsWorkFlow.com

Debtor    **Bluefly Acquisition, LLC**                                                    Case number *(if known)* 19-10207 CSS
_____
Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ _____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ | | | |
| City       State       ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| Case number | _____ Name | _____ | ☐ On appeal |
| _____ | _____ Street | | ☐ Concluded |
| | _____ | | |
| | City       State       ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ | _____ | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor   Bluefly Acquisition, LLC _____        Case number (*if known*)  19-10207 CSS _____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br><br>Street<br><br>City          State     ZIP Code | _____<br>_____<br>_____ | EIN: _____ – _____<br>**Dates business existed**<br><br>From _____ To _____ |
| 25.2. | **Business name and address**<br><br>Name<br><br>Street<br><br>City          State     ZIP Code | **Describe the nature of the business**<br>_____<br>_____<br>_____ | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____ – _____<br>**Dates business existed**<br><br>From _____ To _____ |
| 25.3. | **Business name and address**<br><br>Name<br><br>Street<br><br>City          State     ZIP Code | **Describe the nature of the business**<br>_____<br>_____<br>_____ | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>EIN: _____ – _____<br>**Dates business existed**<br><br>From _____ To _____ |

---



American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number (*if known*) | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| **26a.1.** Ron Wulf | | | From 11/6/14 To 1/2/19 |
| Name | | | |
| 2 Westgate Drive | | | |
| Street | | | |
| Saville | NY | 11782 | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| **26a.2.** | | | From _____ To _____ |
| Name | | | |
| Street | | | |
| | | | |
| City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| **26b.1.** CBIZ | | | From _____ To _____ |
| Name | | | |
| 1065 Avenue of the Americas | | | |
| Street | | | |
| 11th Floor | | | |
| New York | NY | 10018 | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| **26b.2.** Dominic Papandrea | | | From _____ To _____ |
| Name | | | |
| 1829 63rd Street | | | |
| Street | | | |
| Brooklyn | NY | 11204 | |
| City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| **26c. 1.** | | | |
| Name | | | |
| Street | | | |
| | | | |
| City | State | ZIP Code | |


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor    Bluefly Acquisition, LLC
          _____
          Name

Case number *(if known)*  19-10207 CSS
                          _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

Name
_____        _____

Street
_____        _____

_____

City                State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.

Clearlake Capital
Name

233 Wilshire Blvd.
Street

Suite 800

Los Angeles                CA            90401
City                State        ZIP Code

| Name and address |
|---|

26d.2.

Name

Street

City                State        ZIP Code

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                State        ZIP Code


American LegalNet, Inc.
www.FormsWorkFlow.com

| Debtor | Bluefly Acquisition, LLC | Case number(if known) | 19-10207 CSS |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. |

Name

Street

City                                    State          ZIP Code

**28.List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Cohen | | | |
| Ron Wulf | | | |
| | | | |
| | | | |
| | | | |

**29.Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |

Name

Street

City                                    State          ZIP Code

Relationship to debtor



American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Bluefly Acquisition, LLC _____  Case number *(if known)* 19-10207 CSS _____
              Name

Name and address of recipient

30.2 _____
     Name

_____

Street

_____

_____
City              State        ZIP Code
**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent
                                                   corporation

_____     EIN: _____ - _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

_____     EIN: _____ - _____

---

**Part 14:    Signature and Declaration**

**WARNING —** Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information
is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/15/2019
              MM / DD / YYYY

✗ _____     Printed name Richard Cohen _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor Manager _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes


American LegalNet, Inc.
www.FormsWorkFlow.com